# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( )

| | |
|---|---|
| Case No.  CR08-00705-WDK | Date  May 7, 2009 |

Present: The Honorable   William D. Keller, United States District Judge

| Patricia Gomez | Beth Zacarro | Stephanie Christensen |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Jitendra Mahendru | ☐ | X | Timothy Lannen | X | ☐ | ☐ | N/A |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**   ☐ Contested   ☐ Non-Evidentiary

**Day ___ (if continued from a prior hearing date)**

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   ___ Refer to separate Judgment Order.

**X** Imprisonment for  30 months  on each of counts  1,2,3, and 4 of the First Superseding Indictment
___ Count(s) _____ concurrent to count(s) _____
___ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

**X** Confined in jail-type institution for _____ to be served on consecutive days/weekends
commencing  June 8, 2009 at 12:00 p.m.

**5** years Supervised Release/Probation imposed on count(s)  1,2,3,and 4 First Superseding Indictment
concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Perform _____ hours of community service.
___ Serve _____ in a CCC/CTC.
___ Pay $_____ fine amounts & times determined by P/O.
**X** Make  $969,686.22  restitution in amounts & times determined by P/O.
___ Participate in a program for treatment of narcotic/alcohol addiction.
___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
___ Other conditions: _____

___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

___ Pay $_____ per count, special assessment to the United States for a total of _____  $400.00 due immediately
___ Imprisonment for _____ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within _____ days/months _____ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
**X** Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.   **X** Processed statement of reasons.
___ Bond exonerated   **X** upon surrender   ___ upon service of _____
**X** Execution of sentence is stayed until 12 noon,  June 8, 2009
at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal Office, 312 N. Spring Street, Los Angeles, CA 90012.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Present bond to continue as bond on appeal.   ___ Appeal bond set at  $_____
___ Filed and distributed judgment. ENTERED.
**X** Other  The court recommends to the U.S. Bureau of Prisons that defendant be designated to serve his period of imprisonment at Lompoc, California.

                                                                                                                1  :  10
                                                   Initials of Deputy Clerk   PG

cc:

---

CR-90 (2/09)                    **CRIMINAL MINUTES - SENTENCING AND JUDGMENT**                    Page 1 of 1